A    -    Municipal Court Affidavit / Charging Instrument (two pages)

000001

STATE OF LOUISIANA      PARISH OF ORLEANS
**AFFIDAVIT**

ITEM NO. B00908-17     MUNICIPAL COURT SECTION A

CAR NO. 3989   DISTRICT 6-1H   ZONE B   ARREST CREDIT 39

BEFORE ME, THE UNDERSIGNED AUTHORITY, AT (LOCATION WHERE SWORN) 1930 MLK BLVD.

NEW ORLEANS, LOUISIANA; PERSONALLY CAME AND APPEARED POLICE OFFICER SL SLACK JR BADGE NO. 10222

WHO, FIRST BEING DULY SWORN, DID DEPOSE AND SAY, THAT HE HAS REASONABLE GROUNDS TO BELIEVE, AND DOES BELIEVE THAT ON WED, THE 1ST DAY OF FEB YEAR 2017, AT OR ABOUT 6:04 P.M.

PARKER, TYRONE DEFENDANT

WHO GAVE HIS NAME ABOVE AND HIS BIRTHDATE 6-24-1959

RACE B   SEX M   AGE 57   AND HIS
ADDRESS 501 JOSEPHINE ST APT "F"
EMPLOYMENT S/S 435210620

DID AT 800 BLK ST. ANDREW ST

LOCATED IN THE CITY OF NEW ORLEANS, PARISH OF ORLEANS, STATE OF LOUISIANA, THEN AND THERE WANTONLY AND UNLAWFULLY VIOLATE

[X] CITY OF NEW ORLEANS CODE, AMMENDED 1995   [ ] LOUISIANA REVISED STATUTES

STATUE/ORD.#    SECT./PARA    VIOLATION
(1) 17271 MCS 54/96 RELATIVE TO SIMPLE BATTERY ON ELIZABETH BLAKELY
(2)
(3)
(4)

ALL AGAINST THE PEACE AND DIGNITY OF SAME

AFFIANT'S SIGNATURE

SWORN TO AND SUBSCRIBED BEFORE ME ON THE 1 DAY OF FEB YEAR 2017

POLICE SUPERVISOR

**SUMMONS**

THEREFORE, YOU, THE ACCUSED: PARKER, TYRONE

ARE HEREBY, NOTIFIED AND SUMMONED BY THE AUTHORITY VESTED IN THE UNDERSIGNED POLICE OFFICER TO PERSONALLY APPEAR BEFORE SECTION " A " OF THE MUNICIPAL COURT OF NEW ORLEANS, LA., 727 SOUTH BROAD ST., ON THE 10TH DAY OF FEB YEAR 2017 AT 8 A.M. TO BE ARRAIGNED WITHOUT FAIL; OTHERWISE A WARRANT FOR YOUR ARREST MAY BE SOUGHT ALL ACCORDING TO LAW, PARTICULARLY LA. C. CR. P. ART 211.

BADGE NO. 10222
POLICE OFFICER

I ACKNOWLEDGE RECEIPT OF THE ABOVE SUMMONS
ACCUSED Tyrone Parker

**COURT COPY**

000002

G597772

IN THE MUNICIPAL COURT,
CITY OF NEW ORLEANS

Parish of Orleans                                    State of La.

Case No: 1208168                 Section A

CITY OF NEW ORLEANS
VERSUS
PARKER, TYRONE

Charge: 54-96

City Witnesses:
  Name                           Address

ELIZABETH BLAKELY
812 ST. ANDREW ST. N.O. LA 70130
PH# (480-721-5242)

Defense Witnesses:

OFFICER'S INCIDENT SUMMARY:
THE VICTIM AND SUBJECT PARKER BECAME INVOLVED IN A FIGHT BEHIND TWO DOGS, MR. PARKER STRUCK THE VICTIM SEVERAL TIMES ABOUT THE FACE & BODY. MR. PARKER TURNED HIMSELF INTO THE OFFICER AT THE STATION

Special Pleadings and Continuances:

3/10/17

- Plea of Not Guilty
- Released on Own Recognizance (ROR)
- Set for Trial
- Serve all Parties
- Advised of Right to Counsel

PEACE BOND     PEACE BOND

4/4/17

Date _____

Judge _____

(THIS IS THE BACK SIDE OF THE FIRST COURT COPY OR PAGE ONE)

000003