```
Run: 4/04/17              NEW ORLEANS MUNICIPAL COURT
     3:58PM               CASE CHRONOLOGY REPORT
Page:  1                  Defendant:    PARKER, TYRONE
                          Case Number:      1208168
                          Item Number:  B0090817
```

| Date | Event |
|---|---|
| 2/06/2017 | Event of ARRAIGNMENT scheduled for 2/10/2017 at 9:00 AM in division A |
| 2/10/2017 | Defendant pled not guilty to all charges. Defendant was advised of counsel. |
| 2/10/2017 | ROR allowed. |
| 2/10/2017 | Event of TRIAL scheduled for 4/04/2017 at 9:00 AM in division A |
| 2/10/2017 | Defendant placed under Peace Bond and Stay Away Order |
| 4/04/2017 | Event of HEARING TO DETERMINE COUNSEL scheduled for 4/11/2017 at 9:00 AM in division A |
| 4/04/2017 | Event of TRIAL scheduled for 4/25/2017 at 9:00 AM in division A |

000005