IN THE MUNICIPAL COURT
Parish of Orleans    CITY OF NEW ORLEANS    State of LA
ADDENDUM
Case No. 1208168    Section A

CITY OF NEW ORLEANS
VERSUS
Tyrone Barker

APR 25 2017

Judge declares mistrial. Defendant advised of right to counsel, Requested to self represent. Trial began and ~~defendant~~ requested counsel and to subpoena witnesses. Court will allow defendant to obtain counsel and ~~subpoena~~ witnesses by declaring mistrial.

RESET AND SERVE ALL PARTIES
FOR TRIAL May 23, 2017

J-2317

000007