```
 1                        MUNICIPAL COURT

 2                      STATE OF LOUISIANA

 3                      PARISH OF ORLEANS

 4

 5

 6        * * * * * * * * * * * * * * * * * * * * * * * * *

 7    CITY OF NEW ORLEANS                CASE NUMBER

 8    VERSUS                             1208168

 9    TYRONE PARKER                      SECTION "A"

10

11        * * * * * * * * * * * * * * * * * * * * * * * * *

12

13           TRANSCRIPT OF THE PROCEEDINGS entitled City

14    of New Orleans versus Tyrone Parker, Case No. 1208168,

15    taken before the Honorable Paul N. Sens, Presiding

16    Judge, Section "A", on the 4th and 25th days of April,

17    2017.

18

19

20

21        Reported by:

22

23

24    Stephanie Lacoste Rodriguez, CCR
      Certified Court Reporter
25    Louisiana License Number 24035
```

000009

```
 1                              APPEARANCES                        2

 2     FOR THE PROSECUTION:

 3
       JANE BEEBE,
 4
             Assistant City Attorney
 5           City of New Orleans

 6

 7
       FOR THE DEFENSE:
 8

 9         April 4, 2017:

10             TYRONE PARKER
               Defendant
11             Self-Represented

12
           April 25, 2107:
13
               EMILY NEW
14             Public Defender
               Orleans Public Defenders Office
15

16

17

18

19

20

21

22

23

24

25
```

000010

3

## INDEX

Page

CAPTION . . . . . . . . . . . . . . . . . . .   1

APPEARANCES . . . . . . . . . . . . . . . . .   2

INDEX . . . . . . . . . . . . . . . . . . . .   3

PROCEEDINGS:

    APRIL 4, 2017. . . . . . . . . . . . . .   4
    April 25, 2017 . . . . . . . . . . . . .  46

WITNESS TESTIMONY:

  ELIZABETH BLAKELY

    By Ms. Beebe . . . . . . . . . . . . . . .5,34
    By Mr. Parker. . . . . . . . . . . . . .  17

OBJECTIONS:

    By Ms. Beebe . . . . . . . . . . . . . . 20,32
    By Mr. Parker. . . . . . . . . . . . . .  27
    By Ms. New . . . . . . . . . . . . . . .  47

EXHIBITS:

    City No. 1 in globo - Medical records. . . . . .   9
    City No. 2 - Photographs . . . . . . . . . . .  34

REPORTER'S PAGE . . . . . . . . . . . . . . .  49

REPORTER'S CERTIFICATE. . . . . . . . . . . . .  50

<u>**PROCEEDINGS**</u>                                    4

<u>**APRIL 4, 2017:**</u>

1  
2  
3             BY THE MINUTE CLERK:

4                  Case No. 1208168, *City*

5        *of New Orleans versus*

6        *Tyrone Parker.*

7             BY MS. BEEBE:

8                  At this time the City

9        is going to represent that

10       on February 1st, 2017, on

11       St. Andrews Street in

12       Orleans Parish that Mr.

13       Parker committed a battery

14       on Elizabeth Blakely by

15       striking her several times

16       in the face and body.  He

17       then turned himself in to

18       the police.

19                  The City will call

20       Elizabeth Blakely.  Please

21       step up and sit right

22       there (indicating).

23            **(ELIZABETH BLAKELY,** after being

24       duly sworn by the court reporter to tell

25       the truth, the whole truth, and nothing but

```
 1    the truth, was examined and testified as   5

 2    follows:)

 3              DIRECT EXAMINATION

 4    BY MS. BEEBE:

 5    Q    Would you state your name.

 6    A    Elizabeth Blakely.

 7    Q    You've got to speak up louder than

 8         that, please.

 9    A    Elizabeth Blakely.

10    Q    All right.  Ms. Blakely, do you know

11         Tyrone Parker?

12    A    I do not.

13    Q    Have you seen him before?

14    A    I did.

15    Q    Okay.  Would you identify him by what

16         he's wearing.

17    A    He's standing with a white t-shirt.

18    Q    All right.

19         BY MS. BEEBE:

20              Okay.  Let the record

21         reflect that she has

22         identified Mr. Tyrone

23         Parker.

24         BY THE WITNESS:

25              Do you want me to
```

6

```
1         stand?
2         BY MS. BEEBE:
3             You can.  Would you
4         identify him, please.
5         BY THE WITNESS:
6             The man in the white
7         t-shirt with glasses.
8         BY MS. BEEBE:
9             Okay.  Let the record
10        reflect she has identified
11        Mr. Parker.
12        BY THE COURT:
13            So noted for the
14        record.
15    BY MS. BEEBE:
16    Q   On February 1st, did you encounter Mr.
17        Parker on St. Andrew Street?
18    A   Yes.
19    Q   And is that in Orleans Parish?
20    A   It is.
21    Q   Tell the Court what happened.
22    A   I was bringing groceries in from my
23        car; I had just been into the city.
24            My dog was standing next to the
25        car.  Mr. Parker walked past me and
```

000014

7

1  kicked my dog in the head.  I got the
2  impression that my dog was sniffing
3  his.  There was other threats.
4      I told him that's what dogs do.
5  They do not -- or that they sniff each
6  other; that's what they do.  He got in
7  my face; he threatened me.
8      I asked him, "What kind of a man
9  is he that would kick a dog and
10  threaten a woman?"
11      When I walked away, he hit me in
12  the back of the head; knocked me into
13  the bushes; and continued to beat on
14  me.
15      At that point, he got up and walked
16  up and down the street.  When I
17  followed him and called the police,
18  while I was on the phone with the
19  dispatcher, Mr. Parker proceeded to
20  attack me again because I was giving an
21  accurate description of him and his
22  dog.
23      I followed him to, I believe,
24  Magazine Street.  He passed his dog off
25  to a stranger on the corner, and then

000015

8

1    took off down the street.

2  Q   All right.  Okay.  Did you have any

3      injuries?

4  A   Yes, I did.  He fractured my orbit bone

5      (indicating) and he also dislocated my

6      jaw.

7          BY THE COURT:

8              I'm sorry, he fractured

9          what?

10         BY THE WITNESS:

11             He fractured my orbit

12         bone in my eye socket and

13         dislocated my jaw.  I had

14         to go to the hospital.

15 BY MS. BEEBE:

16  Q   Do you have any medical records with

17      you?

18  A   Do you want me to --

19         BY MS. BEEBE:

20             Sounds like a second

21         degree, Judge.  Is there

22         any way we can pause it

23         and --

24     (There was a brief bench conference.)

25         BY THE WITNESS:

000016

```
                                                9
 1              This is the balance of

 2         everything that it's cost

 3         me (tendering document);

 4         that's why I was advised

 5         to file in Small Claims

 6         Court as well.

 7    BY MS. BEEBE:

 8    Q    You do have a lawsuit in Small Claims

 9         Court?

10    A    Yeah.  They told me to file in both

11         just to be sure that my medical bills

12         would be covered.

13    Q    Okay.  How much would you estimate

14         you're out of pocket?

15    A    Out of pocket, including work lost, it

16         was around $6,000.  I was limited

17         because that was the maximum amount

18         allowed.

19    Q    Okay.  And I see the medical bills

20         start from the very -- the day of the

21         incident on February 1st?

22    A    Right.

23    Q    Okay.  Are you still undergoing

24         treatment?

25    A    I am not.  They gave me ibuprofen to
```

10

```
1         deal with the discomfort, and I was
2         kind of -- I am not from here and I'm
3         not -- It's safe to say that I'm trying
4         to leave, go somewhere where I feel
5         more comfortable and --
6    Q    Okay.
7    A    -- so I'm not trying to drag this out
8         any more than I have to.
9    Q    Okay.  The medical ongoing treatment,
10        you're completely done?  No more
11        therapies?
12   A    Yeah.
13   Q    Nothing?
14   A    Yeah, nothing.
15   Q    Okay.
16            BY MS. BEEBE:
17              I'd ask the medical
18            records be marked as City
19            Exhibit 1 in globo.
20              If you'd just sort
21            those out for things that
22            are --
23            BY THE WITNESS:
24              They all --
25            BY MS. BEEBE:
```

000018

11

```
 1        Do they all pertain to
 2    this incident?
 3    BY THE WITNESS:
 4        Yes.  These records,
 5    Your Honor, are all for
 6    this.
 7    BY MS. BEEBE:
 8        I'd like to just make
 9    a copy so that if she does
10    have other litigation...
11        If you could make a
12    copy of those (indicating
13    documents) and then get --
14    BY THE MINUTE CLERK:
15        All right.
16    BY MS. BEEBE:
17        -- those into evidence,
18    I'd offer, file, and
19    introduce those.
20    BY THE WITNESS:
21        This is the initial
22    police report and then all
23    of this would be the
24    medical papers and scripts
25    that I couldn't afford to
```

000019

12

```
 1          fill.
 2    BY THE COURT:
 3          I'll admit it into
 4    evidence.
 5  (There was an off-the-record discussion.)
 6    BY THE WITNESS:
 7          So I came to this city
 8    because I closed my
 9    daycare in Arizona in
10    October of 2015 and
11    (inaudible) --
12    BY THE COURT REPORTER:
13          Wait, I can't hear you.
14    I'm sorry.  Please slow
15    down a little bit and
16    don't turn your back to
17    me.
18    BY THE WITNESS:
19          Okay, I'm sorry.  I
20    closed my daycare in
21    Arizona in 2015, October,
22    to travel this country and
23    I'm working (inaudible).
24    I've been doing so thus
25    far, and I've been able to
```

000020

13

1    save up from my daycare

2    and through various

3    bookings when I used to be

4    modeling -- referrals that

5    I found and bookings that

6    I've been able to acquire

7    on the road.

8        After Mr. Parker's

9    attack, I had to cancel

10   five jobs equaling about

11   $800 in paid work and $700

12   in deposits I had to

13   return and am now coming

14   completely out of pocket.

15   I've had to find whatever

16   jobs I can to afford to

17   even stay in this city to

18   proceed with this.  I was

19   supposed to leave this

20   city a month ago and it's

21   just been an unfortunate

22   situation.

23   **BY MS. BEEBE:**

24   Q   And is that part of your estimated

25       $6,000 from the lost jobs?

```
 1    A    Yeah.                                    14
 2    Q    All right.
 3         BY MS. BEEBE:
 4              Cross-examination?
 5         BY THE COURT:
 6              Sir, do you have any
 7         questions?
 8         BY MR. PARKER:
 9              Me?
10         BY THE COURT:
11              Yes.  You may question
12         her.  You'll have an
13         opportunity to speak
14         later.
15         BY MR. PARKER:
16              Oh, I would like to
17         say that I was coming -- I
18         had --
19         BY THE COURT:
20              Sir, question her.
21         You will have a chance to
22         make a statement later.
23         BY MR. PARKER:
24              She said that I was
25         coming down the street and
```

000022

15

I passed her.  I didn't pass her.  As I was coming down the street --

**BY THE COURT:**

All right.  Again --

**BY MR. PARKER:**

As I was coming down the street, your dog came from around the car where you was.  You didn't see your dog.

I called you.  I said, "Miss, get your dog."

I have a Shih Tzu that was on a leash.  Your dog was not on a leash.  I stopped.  Your dog stopped when he seen my dog, then he started trotting towards my dog.

I never seen your dog before.  I don't know what your dog's intentions were.

**BY THE COURT:**

000023

16

1      All right.  Sir, again,
2  you need to ask her a
3  question.  You will be
4  able to get on the stand
5  and testify yourself.
6  **BY MR. PARKER:**
7      Right.  So --
8  **BY THE COURT:**
9      All right.  So if you
10  have a question relative
11  to --
12  **BY MR. PARKER:**
13      So --
14  **BY THE COURT:**
15      -- what she said --
16  **BY MR. PARKER:**
17      So you said that I
18  passed you and I kicked
19  your dog.  I didn't pass
20  you.  You wasn't even
21  paying attention when your
22  dog was off the leash,
23  ma'am.
24  **BY MS. BEEBE:**
25      Ask a question.

000024

17

**EXAMINATION**

**BY MR. PARKER:**

Q   So how could I pass you?  I mean, your
    dog was off the leash.

A   My dog was standing next to the car.
    He is a trained service animal, and he
    was standing by the car as he is told
    to do as I was pulling groceries out of
    the car.

         You walked past our car; you
    knocked me into the bushes after you
    kicked my dog.

         **BY MR. PARKER:**

              I would like to take a
    lie-detector test on that
    part there.

              I did not kick you; I
    did not put my hands on
    you.

         **BY THE WITNESS:**

              Not me, my dog.

         **BY MR. PARKER:**

              You.  Your dog.  Your
    dog approached my dog.

         **BY THE COURT:**

18

1          All right.  Sir, again,

2     ask her a question.  You'll

3     be able to get on the

4     stand to testify.

5     **BY MR. PARKER:**

6          Your dog approached my

7     dog in an aggressive

8     manner and that made me

9     react the way I reacted

10    towards your dog because

11    it was off the leash.

12    **BY THE WITNESS:**

13          I can provide you --

14    **BY MR. PARKER:**

15          If your dog wouldn't

16    have been off the leash

17    and approached my dog in

18    an aggressive manner, I

19    would have never -- this

20    would never have even

21    happened.

22    **BY THE WITNESS:**

23          I can provide you with

24    four years of evidence that

25    my dog has never shown any

000026

19

1   aggression.  He does not
2   approach dogs aggressively.
3   He was standing next to
4   the car.
5       He walked by us
6   (indicating Mr. Parker).
7   He lowered his head to
8   sniff, because that's
9   what dogs do, and you
10  felt that warranted
11  kicking him in the head.
12  **BY MR. PARKER:**
13      I didn't kick your dog
14  when I passed you.
15  **BY THE WITNESS:**
16      Yes, you did.
17  **BY MR. PARKER:**
18      Your dog approached
19  my dog.  You --
20  **BY THE COURT:**
21      All right.
22  **BY MR. PARKER:**
23      -- did not even see.
24  **BY THE WITNESS:**
25      I did see.

000027

20

```
 1          BY MR. PARKER:
 2              You was --
 3          BY THE COURT:
 4              All right.  Sir, again,
 5          ask her a question and
 6          then you can come testify.
 7          BY THE WITNESS:
 8              All right.
 9          BY THE COURT:
10              If you don't have any,
11          we'll move on.
12     BY MR. PARKER:
13     Q   So how can you say that I kicked your
14         dog when you wasn't even paying
15         attention when I passed there?
16     A   Because I was paying attention.  I was
17         standing --
18          BY MS. BEEBE:
19              Objection.  Asked and
20          answered.
21     BY MR. PARKER:
22     A   -- right there.  I was pulling
23         groceries out of the car.  I --
24          BY THE COURT:
25              I'm going to let
```

000028

```
                                                      21
 1           her answer.
 2    BY MR. PARKER:
 3    A    As I've already said, I was pulling
 4         groceries out of my car.  I was paying
 5         attention because I saw him sitting
 6         next to the car like he was told to do.
 7             My dog listens.  Maybe your dog
 8         doesn't or you're not used to dogs that
 9         are trained.  I've been working with
10         dogs for a very long time.  He is
11         trained to sit by the car, and that's
12         exactly what he did.
13             You walked past and you felt
14         threatened by his size, so you felt the
15         need to kick him.
16    Q    I didn't --
17    A    I even told you he was friendly.
18             BY THE WITNESS:
19                 Why would you kick a
20         dog?
21             BY MR. PARKER:
22                 You didn't even
23         approach me. You
24         approached --
25             BY THE WITNESS:
```

22

```
 1              Why would I approach
 2         you after you kicked my
 3         dog?
 4         BY THE COURT:
 5              All right.  We're not
 6         going to argue here.
 7         Again, stop.  If you have
 8         a question, ask her the
 9         question.
10    BY MR. PARKER:
11    Q    Your dog was off the leash, right?
12    A    Correct.
13    Q    Isn't there a dog leash law?
14    A    I'm not from this state.  I could not
15         tell you what the law is.
16         BY MR. PARKER:
17              Well, down here,
18         there's a dog leash law
19         and your dog was off the
20         leash.
21         BY THE WITNESS:
22              So you felt that
23         warranted you kicking him
24         in the head and --
25         BY MR. PARKER:
```

000030

```
                                          23
 1              Ma'am --
 2       BY THE COURT:
 3            Stop arguing.  Ask her
 4       a question.  This is a
 5       battery charge.  It's not
 6       whether the dog sniffed
 7       the other one or if --
 8       BY MR. PARKER:
 9            As far as me
10       approaching you -- You say
11       I put my hands on you.  I
12       didn't put my hands on
13       you.  You aggressive.  You
14       came to me.  You came to
15       me in an aggressive manner
16       using all types of
17       profanity.
18            And I have witness.  I
19       can call witness because
20       everybody that came
21       around, they told me that
22       I was right.
23            You came to me and --
24       BY THE WITNESS:
25            Sir, I was
```

24

1      standing --

2      **BY MR. PARKER:**

3          You were calling me

4      everything but the time of

5      God.  For some reason -- I

6      don't know why, because I

7      kicked your dog because

8      your dog was aggressive

9      and he came towards my dog

10     and --

11     **BY THE WITNESS:**

12         So with a woman

13     standing in front of you

14     with two arms full of

15     groceries asking you why

16     you kicked her dog -- I

17     said, "What kind of a man

18     kicks a dog and threatens

19     a woman?" -- you felt that

20     warranted you punching me

21     in the -- dislocating my

22     jaw and fracturing my eye

23     socket?

24     **BY MR. PARKER:**

25         You came behind me.

000032

25

```
1        BY THE WITNESS:
2             No, I did not.
3        BY MR. PARKER:
4             I walked off.
5        BY THE COURT:
6             All right.
7        BY MR. PARKER:
8             I --
9        BY THE COURT:
10            Hold on, hold on.
11    Again --
12        BY MR. PARKER:
13            I --
14        BY THE COURT:
15            Stop.
16        BY MR. PARKER:
17            Yes, sir.
18        BY THE COURT:
19            Ask her a question.
20        BY MR. PARKER:
21            Right.
22        BY THE COURT:
23            All right.
24        BY MR. PARKER:
25            I didn't --
```

26

**BY THE WITNESS:**

    That's not a question.

**BY MR. PARKER:**

Q    Did I come after you?

A    Yes.

    Again, as all the photographs show

    that --

    **BY MR. PARKER:**

        I didn't -- I didn't

    even --

    **BY MS. BEEBE:**

        Judge, she can finish

    her answer.

    **BY THE COURT:**

        Let her finish, and

    then you can ask the next

    one.

**BY MR. PARKER:**

A    As all the photographs show from that

    day, there were three bags of groceries

    on the floor; the three bags I was

    carrying when you attacked me.

Q    Right.

A    I could be yelling at you -- I was

    saying, "Why would you kick my dog?"

000034

27

1    I said, "What kind of man are you?"
2         And you said, "I'll show you," and
3    you decided to hit me.
4         **BY MR. PARKER:**
5              I object to that.  I
6         didn't tell you -- I
7         didn't say anything of
8         that.
9         **BY THE WITNESS:**
10             Okay, Tyrone, so --
11        **BY MR. PARKER:**
12             I didn't say anything.
13        **BY THE WITNESS:**
14             -- how did your watch
15        end up --
16        **BY MR. PARKER:**
17             I didn't put my hands
18        on --
19        **BY THE WITNESS:**
20             -- on the floor?  How
21        did I end up bleeding?
22        **BY MR. PARKER:**
23             When the officer looked
24        at my hands, he didn't see
25        no scrubbing [sic] and he

000035

28

1    didn't see no swelling, so

2    there --

3    **BY THE WITNESS:**

4        So the two women that

5    came running down the

6    street afterwards

7    (inaudible) --

8    (Inaudible due to simultaneous speaking.)

9        **BY MR. PARKER:**

10        -- was no evidence --

11    **BY THE COURT REPORTER:**

12        I can't take down both

13    of you together.

14    **BY THE COURT:**

15        All right.  You're

16    going both at the same

17    time and it can't be taken

18    down.  Go one at a time.

19        Go ahead, ask her a

20    question.

21    **BY MR. PARKER:**

22    Q   If you said I put my hands on you, why?

23    A   Because you are an aggressive

24        individual.

25    Q   I'm aggressive?  Miss, I don't even

000036

29

```
 1        know you.
 2   A    Correct.
 3            BY MR. PARKER:
 4                If it wasn't for your
 5            dog being off the leash,
 6            we wouldn't even be here.
 7            I don't know your dog.
 8                I never put my hands on
 9            you.
10            BY THE WITNESS:
11                I'm waiting for my
12            question.
13            BY MR. PARKER:
14                But the officer called
15            me because he recognized
16            my dog.
17            BY THE COURT:
18                All right.  Again, ask
19            her a question.
20            BY MR. PARKER:
21                Yes, sir.
22            BY THE COURT:
23                You can testify later.
24            BY MR. PARKER:
25                Yes, sir.
```

```
                                                            30
1    BY MR. PARKER:

2    Q   Okay, ma'am, when the incident happened

3        and you called the police, like you

4        said --

5            BY MR. PARKER:

6                And which you should

7            have did instead of

8            calling me a bunch of Bs

9            and Cs and everything

10           else; that's what you

11           should have did, call the

12           police if you felt like I

13           assaulted your dog.

14           BY MS. BEEBE:

15               Judge, at this point,

16           maybe if he just wants to

17           testify, just let him

18           testify and let her get

19           off the stand.

20               I'd like to redirect,

21           though.

22           BY THE COURT:

23               Are you finished your

24           questioning?

25           BY MR. PARKER:
```

31

```
 1              No, sir.
 2      BY MS. BEEBE:
 3          Ask her questions.
 4      BY THE COURT:
 5          All right.  Come on,
 6      make it a question.
 7      BY MR. PARKER:
 8          Okay.  Well, the point
 9      is that if I put my hands
10      on --
11      BY THE COURT:
12          Ask her a question.
13      BY MR. PARKER:
14          Yeah, so you said I
15      put my hands on you, you
16      said, because I'm an
17      aggressive person.  You
18      don't even know me.
19      BY THE WITNESS:
20          I'm waiting for my
21      question.
22  BY MR. PARKER:
23  Q   So why should -- So why should I put my
24      hands on you and -- after kicking your
25      dog?
```

32

1            **BY MS. BEEBE:**

2                Judge, that's not a

3           question. He's just

4           testifying.

5            **BY MR. PARKER:**

6                Yes, ma'am.

7            **BY THE COURT:**

8                You're testifying

9           again. Ask a question.

10           **BY MR. PARKER:**

11               Yes, sir.

12       **BY MR. PARKER:**

13  Q  So if I hit you, then, I don't see why

14     -- So why the officer didn't even -- He

15     didn't even question me?

16         He didn't question me about

17     anything.

18       **BY THE WITNESS:**

19          I'm waiting for my

20     question.

21       **BY MS. BEEBE:**

22          Objection. It's a

23     mischaracterization of

24     evidence. He's been

25     charged with battery.

000040

33

```
1     BY THE COURT:
2         Yes, okay.
3         Sir, you need to ask
4     her questions.
5     BY MR. PARKER:
6         She's saying he knew
7     because she's lying.
8     BY THE COURT:
9         Okay.  Again --
10    BY MR. PARKER:
11        She's lying, and I'd
12    like to take a lie
13    detector test.
14    BY THE COURT:
15        Okay.  All right.
16    BY MR. PARKER:
17        I'd like to take a lie
18    detector because she's
19    lying.
20    BY THE COURT:
21        All right.  Are you
22    finished?
23    BY MR. PARKER:
24        Yes, sir.
25    BY MS. BEEBE:
```

34

```
1              All right, just a
2         quick redirect.
3              REDIRECT EXAMINATION
4    BY MS. BEEBE:
5    Q    Do you have the photos with you that
6         you referenced?
7    A    I sent them in when I filed the police
8         report and they said that they would be
9         in the email.  I have them on my phone
10        because I still need them, but I didn't
11        print anything out because they said
12        that --
13   Q    Okay.  Do you have your phone with you
14        today?
15   A    (Nods head affirmatively.)
16             BY MS. BEEBE:
17             I'd ask that the
18        photographs be published
19        to the Court.
20             If you would, please
21        identify them and explain
22        them.
23        BY MR. PARKER:
24             I'd like to make a
25        motion to call some
```

35

witnesses.

**BY THE COURT:**

Yes, you'll be able to call witnesses.

**BY MR. PARKER:**

Because I didn't -- And I'd like to take a lie detector test as soon as possible.

**BY THE WITNESS:**

These are the photographs that the -- The neighborhood police officer came by, after the police left, and took those photographs (tendering).

**BY MS. BEEBE:**

Q   And these are your injuries?

A   Yes.

Q   And you referred to the groceries on the ground and things like that.

Are they all included in this?

A   Yeah.  The groceries on the ground, the police officer said that he would

000043

36

```
 1        handle that, and I didn't see where it

 2        all went.

 3   Q    All right.  How may photos?  Just show

 4        the judge.

 5   A    There's --

 6   Q    I counted five.  I want to know which

 7        ones you are identifying.

 8   A    Yeah, five.

 9   Q    All right.  So the first one is a full

10        body image, and what does that show?

11   A    My face before the swelling -- or as

12        the swelling begins.

13   Q    All right.  And scroll right.

14   A    (Witness complies.)

15   Q    Is that the first picture?

16   A    Correct.

17        BY THE WITNESS:

18            You want me to show

19        him this one, too?

20        BY MS. BEEBE:

21            Yes.  I'm --

22        BY THE COURT:

23            Yes.

24        BY MS. BEEBE:

25            -- going to show them
```

000044

37

```
 1              all to him in a minute.
 2   BY MS. BEEBE:
 3   Q    Okay --
 4   A    That was the dislocated jaw
 5        (indicating), and the other side is the
 6        side that my eye socket was broken on.
 7   Q    Okay.  What's that one (indicating
 8        document)?
 9   A    That was the shoulder where his watch
10        cut me, and it left a permanent scar
11        unfortunately.
12   Q    Is that all of them?
13   A    Yeah.
14            BY THE WITNESS:
15                On the day of the
16            assault, when he attacked
17            me, he dropped his
18            headphones --
19            BY MS. BEEBE:
20                Hold on a second.
21            BY THE WITNESS:
22                Okay.
23            BY MS. BEEBE:
24                Judge, I'd ask that
25            these five photos be
```

000045

38

```
 1          entered into evidence.
 2               I realize we need to
 3          email them or something.
 4          I'll get them into the
 5          possession of the Court.
 6      BY THE COURT:
 7               We'll allow that.
 8          They're published to the
 9          Court, and then we'll make
10          arrangements to get them
11          put into the record.
12      BY MS. BEEBE:
13               Okay.
14  BY MS. BEEBE:
15  Q   All right.  You said there were also
16      photos of the groceries on the ground,
17      his watch, and whatnot?
18  A   The officer, to my knowledge, took
19      those photographs.
20           He dropped his gold watch and a
21      pair of black headphones, and the
22      officer said he took those into
23      evidence and they would be present in
24      the case.
25  Q   And they're in evidence on this item
```

000046

```
                                                    39
1      number?
2   A  That's what he told me they'd be on.
3   Q  This case?
4   A  Yeah.
5   Q  Okay.
6          BY MS. BEEBE:
7              All right.  Nothing
8          further, Judge.
9          BY THE COURT:
10             We're going to take a
11         five-minute recess to see
12         about the evidence on
13         this case.
14         BY THE MINUTE CLERK:
15             Your witnesses are
16         present, sir?
17         BY MR. PARKER:
18             No, ma'am.
19         BY THE COURT:
20             You need to make a
21         phone call and see if you
22         can get them here.
23             We'll give you some
24         time if you need
25         additional time.
```

000047

40

1   **BY MR. PARKER:**
2        Yeah, because some of
3   them at work.
4   **BY THE COURT:**
5        Okay, well, make an
6   attempt.
7   (A short break was taken at this point.)
8   **BY THE MINUTE CLERK:**
9        Back on the record with
10  the trial setting.
11       Case Number 1208168,
12  *City of New Orleans versus*
13  *Tyrone Parker.*
14  **BY THE COURT:**
15       All right, Mr. Parker,
16  step back up, sir.
17       The City has -- There
18  is no evidence that was
19  turned over by the police
20  department.
21       Have you rested?
22  **BY MS. BEEBE:**
23       Yes.  I just want to
24  clarify that I was on
25  redirect with her, so I

000048

41

will ask that she step

down and be released.

**BY THE COURT:**

Yes.  I mean, you're

finished.

All right, sir, you --

Mr. Parker, you can come

before the microphone.

**BY MS. BEEBE:**

The City rests.

**BY THE COURT:**

The City rests in this

matter, so now it's your

case-in-chief.  You have

an opportunity to get on

the stand, be sworn in,

and testify.

What happened with

your witnesses?

**BY MR. PARKER:**

They at work.  A lot

of them are at work, and I

didn't think I would -- I

needed them.

If I would've knew

42

```
 1        that the situation was
 2        like this, I would've
 3        brought a lawyer.  I
 4        didn't even -- I didn't
 5        know because I'm thinking
 6        this is a dog situation.
 7        I don't know what all
 8        this other stuff coming
 9        from, so I didn't bring
10        no witnesses; I didn't
11        think I needed none.
12   BY MS. BEEBE:
13        Judge, just to
14   clarify for the record --
15   BY MR. PARKER:
16        If it's possible --
17   BY MS. BEEBE:
18        -- I spoke with Mr.
19   Parker before even
20   presenting the case to
21   you, highly recommending
22   that he get an attorney.
23   BY MR. PARKER:
24        She did.
25   BY MS. BEEBE:
```

43

```
 1          I asked for a reset
 2    for him to get an
 3    attorney.
 4    BY MR. PARKER:
 5          She did.
 6    BY MS. BEEBE:
 7          When we went over the
 8    charges, I said, "I would
 9    get an attorney, if it
10    were me."
11    BY MR. PARKER:
12          She did.
13    BY MS. BEEBE:
14          I tried to get him to
15    get an attorney.
16    BY MR. PARKER:
17          She did.
18    BY MS. BEEBE:
19          So he had been given
20    every opportunity --
21    BY THE COURT:
22          I advised him, also.
23    BY MS. BEEBE:
24          -- to get an attorney.
25    BY MR. PARKER:
```

000051

44

```
 1          She did; she did; she
 2      did.  And I still didn't
 3      think it was a matter
 4      like this because if it
 5      was, then I would've took
 6      her advice and I would've
 7      -- I didn't know that it
 8      was something of this
 9      magnitude, you know.
10          I mean, because, like I
11      said, I just thought it
12      was just a dog-off-the-
13      leash thing.  And I admit
14      that I kind of kicked the
15      dog a little bit, but
16      that's it.  I didn't --
17      You know, I didn't think
18      that I needed no witness
19      and no lawyer.
20      BY THE COURT:
21          All right.  This is
22      what we're going to do:
23      I'm going to continue
24      the case for two weeks.
25          I'm going to give you
```

45

1        a week to bring in a --

2        for a Hearing to Determine

3        Counsel.  Have an attorney

4        present with you.

5           Do you understand?

6        **BY THE DEFENDANT:**

7           (Nods head affirmatively.)

8        **BY THE COURT:**

9           And then we'll reset it

10       in two weeks to conclude

11       the trial.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

000053

```
 1                    PROCEEDINGS                    46

 2    APRIL 25, 2017:

 3              BY THE MINUTE CLERK:

 4                   Case Number 1208168,

 5         City of New Orleans versus

 6         Tyrone Parker.

 7         BY THE COURT:

 8                   Let the record reflect

 9         that we had begun the

10         trial in this matter.  Mr.

11         Parker was advised of his

12         right to counsel and at

13         that time, he requested to

14         self-represent.

15                   We began the trial and

16         then through the trial he

17         requested to get counsel

18         and he wanted to subpoena

19         other witnesses, so the

20         Court suspended the trial

21         at that time.

22                   What I'm inclined to

23         do today is to declare a

24         mistrial in this matter

25         and then reset the matter
```

000054

47

```
1    for trial.
2    BY MS. BEEBE:
3        And I believe the
4    public defenders office
5    has just been appointed on
6    the case?
7    BY THE COURT:
8        Subsequently, the
9    public defenders office
10   was appointed to represent
11   him.
12   BY MS. BEEBE:
13       So we just need a new
14   date, Judge.
15   BY THE COURT:
16       Okay.  So I'm going to
17   declare a mistrial in this
18   matter, and then I'm going
19   to get a new date for
20   trial.
21   BY MS. NEW:
22       Please note our
23   objection.
24   BY THE COURT:
25       And we'll note the
```

48

1        public defender's

2    objection.

3    **BY MS. BEEBE:**

4        Thank you, Your

5    Honor.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

000056

49

<u>REPORTER'S PAGE</u>

1

2

3          I, Stephanie Lacoste Rodriguez, Certified

4    Court Reporter, in and for the State of Louisiana,

5    the officer, as defined in Rule 28 of the Federal

6    Rules of Civil Procedure and/or Article 1434 (b) of

7    the Louisiana Code of Civil Procedure, before whom

8    this sworn testimony was taken, do hereby state on

9    the Record:

10          That due to the interaction in the

11   spontaneous discourse of this proceeding, dashes (--)

12   have been used to indicate pauses, changes in

13   thought, and/or talkovers; that same is the proper

14   method for a Court Reporter's transcription of

15   proceeding, and that the dashes (--) do not indicate

16   that words or phrases have been left out of this

17   transcript;

18          That any words and/or names which could not

19   be verified through reference material have been

20   denoted with the phrase "(phonetic)."

21

22

23

24                    _Stephanie L Rodriguez CCR_

25              Stephanie L. Rodriguez, CCR
              Certified Court Reporter
              Louisiana License #24035

000057

50

## REPORTER'S CERTIFICATE

    This certification is valid only for a transcript accompanied by my original signature and official seal on this page.

    I, **STEPHANIE LACOSTE RODRIGUEZ**, Certified Court Reporter, in and for the State of Louisiana, as the officer before whom this testimony was taken, do hereby certify that the previous 48 pages do contain a true and accurate transcript in the matter entitled, *City of New Orleans versus Tyrone Parker,* **Case No. 1208168**, taken before the Honorable Paul N. Sens, Presiding Judge, to the best of my ability in the Parish of Orleans, State of Louisiana, September 12, 2017.

Stephanie L. Rodriguez, CCR
Certified Court Reporter
Louisiana License #24035

000058