# AFFIDAVIT

I, Tyrone Parker, do swear and affirm that the following account is true and accurate.

I remember being put on trial before Judge Sens in municipal court in April 2017. In the middle of the trial, immediately after the complaining witness claimed that she had suffered a dislocated jaw, the female prosecutor and the judge had a private conversation. The prosecutor went up to the judge and the two of them talked for about a minute. I was seated at the defendant's table and could not hear what they were discussing. I was not invited to join the conversation by the judge or the prosecutor and I did not know I had a right to be part of it.

My new lawyer, Thomas Frampton, has shown me a copy of a letter sent from the City Attorney to the District Attorney (dated April 4, 2017) that was copied to Judge Sens. The letter talks about my case and the injuries the complaining witness supposedly suffered, and the City Attorney suggests that the District Attorney should charge me with a felony. I had never seen this letter before. It was not sent to me before and I was never given a copy of it in court.

I remember going back for the second half of my trial with my attorney, Emily New, later on in April 2017. Before the trial started, the prosecutor and my attorney talked to Judge Sens. Then Judge Sens said he was declaring a mistrial and my attorney objected. I talked to my attorney about this and remember we objected to the mistrial because of double jeopardy; I didn't want the prosecutors to have the chance to start over and put me on trial again.

000060

## VERIFICATION AND CERTIFICATION

COMES NOW Tyrone Parker, being duly sworn, and deposes and states that he has TP reviewed the forgoing affidavit and that all the facts therein are true and accurate to the best of ~~her~~ his information and belief.

_____
Tyrone Parker

SWORN AND SUBSCRIBED TO BEFORE ME THIS 28th Day of August, in the year 2018.

_____
NOTARY PUBLIC
commission for life



000061