

**CITY OF NEW ORLEANS**
**LAW DEPARTMENT**
1300 PERDIDO STREET, 5TH FLOOR EAST
NEW ORLEANS, LOUISIANA 70112
TELEPHONE: (504) 658-9800
TELECOPIER: (504) 658-9868

MITCHELL J. LANDRIEU
MAYOR

REBECCA H. DIETZ
CITY ATTORNEY

April 4, 2017

Page Cline
Chief of Screening
District Attorney's Office
619 South White Street
New Orleans, La. 70119

RE: Tyrone Parker
DOB: 6/24/1959
NOPD Item No: B-0098-17
NOMC No.: 1208168

Dear Ms. Cline:

Please find attached our file in the matter of *City of New Orleans v. Tyrone Parker* case number 1208168. The City Attorney's Office believes this case may warrant state prosecution due to the defendant's physical injuries sustained by the victim Elizabeth Blakely. Ms. Blakely's address is                    New Orleans, LA       . Also, she can be reached at             . This matter is currently set for Trial on April 25, 2017 at 9:00a.m. in Municipal Court, Division A.

If any additional information is needed from the City Attorney's Office, please do not hesitate to contact me via e-mail cclarche@nola.gov or our office at (504) 658-8550.

Sincerely,

2/1/17

Charlene Larche-Mason
Chief Deputy City Attorney

CLM: tgy

Cc: Judge Paul Sens, Division "A"
    Chris Sens, Municipal Clerk of Court

AN EQUAL OPPORTUNITY EMPLOYER

000063