

# ORLEANS PUBLIC DEFENDERS
2601 TULANE AVENUE – SUITE 700 • NEW ORLEANS, LA 70119
TELEPHONE: (504) 821-8101 • FAX: (504) 821-5285 WWW.OPDLA.ORG

CITY OF NEW ORLEANS
MUNICIPAL COURT
FILED
2017 APR 20  AM 11 28

## NOTICE OF INDIGENCY AND ENROLLMENT

Defendant: _Tyrone Parker_

Case #: _1208168_

Section: _A_

Pursuant to the Court's determination of indigency and R.S. 15:175 et seq., the Orleans Public Defenders gives notice of enrollment as counsel on behalf of the defendant in the case noted above.

The currently assigned counsel in this case is: _Cemily New_.

Date: _4/20/17_

000073