## AFFIDAVIT

I enrolled as Tyrone Parker's attorney on April 20, 2017 when he was determined to be indigent and entitled to a public defender.

We went to court on April 25, 2017 prepared for Mr. Parker's trial to resume that day. My supervisor, Carrie Ellis, was present in court (as is standard practice when a trial is expected). I knew that prosecutors were considering filing felony charges against Mr. Parker, and that morning (April 25, 2017) I confirmed that a felony charge had actually been filed against Mr. Parker on April 24, 2017 before by checking the AS400 system (i.e., Criminal District Court's computer system). There is a computer in Courtroom A of Municipal Court that allows public defenders to access that information, and I checked from that computer.

When Mr. Parker's case was called, there was a bench conference between Judge Sens, Assistant City Attorney Jane Beebe and myself. Ms. Beebe told Judge Sens that the District Attorney had, in fact, filed a felony charge against Mr. Parker. Judge Sens said that he would declare a mistrial. We then went on the record and Judge Sens declared a mistrial. I made sure that my objection was noted.

At no time did I or Mr. Parker agree or consent to a mistrial. I recognized that a mistrial was not in Mr. Parker's best interest, discussed it with Mr. Parker, and I objected to the mistrial for that reason.

000077

## VERIFICATION AND CERTIFICATION

COMES NOW Emily New, being duly sworn, and deposes and states that he has reviewed the forgoing affidavit and that all the facts therein are true and accurate to the best of her information and belief.

_____
Emily New, La. Bar No. 37241

SWORN AND SUBSCRIBED TO BEFORE ME THIS 27th Day of August, in the year 2018

_____
NOTARY PUBLIC
commission for life