APRIL 24, 2017                                   PARISH of ORLEANS

The State of Louisiana { ss.

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

PAIGE CLINE, Assistant District Attorney for the Parish of Orleans, who in the name and by the authority of the said state, prosecute in this behalf, in proper person comes into the Criminal District Court for the Parish of Orleans and gives the said Court here to understand and be informed that one TYRONE PARKER

late of the Parish of Orleans, on the 1ST day of FEBRUARY in the year of our Lord, two thousand AND SEVENTEEN in the Parish of Orleans aforesaid, and within the jurisdiction of the Criminal District Court of the Parish of Orleans, COMMITTED SECOND DEGREE BATTERY UPON ELIZABETH BLAKELY,

COUNT 2

PAIGE CLINE, Assistant District Attorney for the Parish of Orleans, who in the name and by the authority of the said state, prosecute in this behalf, in proper person comes into the Criminal District Court for the Parish of Orleans and gives the said Court here to understand and be informed that one TYRONE PARKER

late of the Parish of Orleans, on the 1ST day of FEBRUARY in the year of our Lord, two thousand AND SEVENTEEN in the Parish of Orleans aforesaid, and within the jurisdiction of the Criminal District Court of the Parish of Orleans, COMMITTED CRUELTY TO AN ANIMAL, TO WIT: A DOG, BELONGING TO ELIZABETH BLAKELY BY CRIMINALLY NEGLIGENT DRAGGING CAUSING THE ANIMAL TO BE MAIMED AND INJURED,

contrary to the form of the Statute of the State of Louisiana in such case made and provided and against the peace and dignity of the same.

_____
Assistant District Attorney for the Parish of Orleans

Clerk's Office _9/22_ 2017
A True Copy
by ___RC___ Deputy Clerk
Hon. Arthur A. Morrell
Clerk of Criminal District Court

