IN THE MUNICIPAL
AND TRAFFIC COURT
OF NEW ORLEANS

Parish of Orleans   State of LA

Case No. 1203168   ADDENDUM   Section A

CITY OF NEW ORLEANS
VERSUS

Tyrone Parker

~~$25.00~~

5/9/17 · DA accepted felony
chrgs 539-360 "F"

Nol Pros

000080

Fourth Circuit Writ Exhibits: Page 111 of 134