*e State agrees to NOT file a multiple bill*

CRIMINAL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LOUISIANA
SECTION "F"
ROBIN D. PITTMAN, JUDGE PRESIDING

STATE OF LOUISIANA
VS.
Tyrone Parker

CASE NO. 534-360
VIO: 14:34.1
14:102.1(A)

**FELONY**
**WAIVER OF CONSTITUTIONAL RIGHTS**
**PLEA OF GUILTY FORM**

*TP* I, **Tyrone Parker**, before my plea of guilty to the crime of **second degree battery misdemeanor cruelty to animals**, have been informed of and understand the charge of which I am pleading guilty.

*TP* I understand that I have a right to a trial by Judge or Jury and if convicted a right to appeal and by entering a plea of guilty in this case I am waiving my rights to trial and appeal.

*TP* The acts constituting the offense to which I am pleading guilty have been explained to me as well as the fact that for this crime the sentencing range is **0** to a maximum of **8 yrs**. The sentence I will receive is **5 years DOC, suspended, 3 years active probation, concurrent w/ any & all sentences, restitution**

*TP* I understand that by pleading guilty I waive my right to confront and cross-examine the witnesses who accuse me of this crime and to compulsory process of the court to require witnesses to appear and testify for me.

*TP* I am entering a plea of guilty to this crime because I am, in fact, guilty.

*TP* I have not been forced, threatened or intimidated into making this plea.

*TP* I am fully satisfied with the handling of my case by my attorney and the way in which he has represented me.

*TP* I further understand that by pleading guilty I waive my right against self-incrimination, that at my trial I would not have to testify, and if I did not testify the judge or jury could not hold my silence against me. I also give up the right not to say anything against myself, or against my interest, such as I do by pleading guilty.

*TP* I understand that if I elected to have a trial I have a right to have competent counsel to represent me at trial and if I were unable to pay for counsel, the Court would appoint competent counsel to represent me, but by entering a plea of guilty I waive these rights.

*TP* I understand that I am entitled to a free transcript of this Boykin proceeding and, if applicable, the Multiple Bill proceedings, and am hereby waiving my right to this/these transcripts.

*TP* I understand that there is a two year time period from when the judgment of conviction and sentence has become final to seek post conviction relief.

*TP* If a plea bargain agreement has been made, I understand that no other promises which may have been made to me other than as set out herein above are enforceable or binding.

_____     _____
DEFENSE ATTORNEY                        DEFENDANT

This plea of guilty is accepted by the Court as having been knowingly, intelligently, and voluntarily made by the defendant.

**4/4/2018**
DATE

_____
ROBIN D. PITTMAN, JUDGE

*This plea is pursuant to a plea bargain agreement entered into with the State of LA*