STATE OF LOUISIANA, PARISH OF ORLEANS, CITY OF NEW ORLEANS
MUNICIPAL COURT

Case # 1208168

## ORDER TO APPEAR IN COURT

*Gia S White*
*D.A.*
*<suconns for retrial>*
*due to nature*
*- give info*

TO ADDRESSEE:
YOU ARE HEREBY ORDERED TO APPEAR BEFORE THE:
MUNICIPAL COURT
727 SOUTH BROAD STREET
NEW ORLEANS, LOUISIANA 70119
AT THE TIME AND DATE INDICATED. FAILURE TO APPEAR IS PUNISHABLE BY CONTEMPT.
Event Scheduled:
TRIAL

PARKER, TYRONE

ELIZABETH BLAKELY
812 ST ANDREW ST
NEW ORLEANS, LA 70130

4/25/2017    9:00 AM    A

No Cell Phones - No Shorts - No Tank Tops -
No T-Shirts - No Muscle Shirts - No Flip Flops
And No Children Allowed In Court

54-96    BATTERY

4/04/2017    KMB

| TYPE OF SERVICE | UNABLE TO SERVE |
|---|---|
| ☐ PERSONAL SERVICE | ☐ SUBJECT MOVED |
| ☐ DOMICILIARY SERVICE | ☐ BAD ADDRESS(NO SUCH NO. OR ST.) |
| ☐ SERVED OTHER | ☐ INCOMPLETE ADDRESS |
| ☐ MAILED | ☐ SUBJECT UNKNOWN AT ADDRESS |
|  | ☐ OTHER |

NOTE OF DOMICILIARY SERVICE: SINCE ADDRESSEE COULD NOT BE LOCATED, A COPY OF THIS ORDER WAS LEFT WITH THE BELOW NAMED PERSON, OVER THE AGE OF 16 YEARS, AT THE ADDRESS INDICATED.