**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

TYRONE PARKER                                    CIVIL ACTION

VERSUS                                           20-609-BAJ-EWD

JAMES M. LEBLANC, ET AL.

<u>NOTICE</u>

NOW INTO COURT, comes undersigned counsel, who is currently enrolled as counsel on behalf of Robert C. Tanner, respondent, and hereby submits notice of the following:

(1) Undersigned counsel was previously assigned to respond to federal *habeas* petitions on behalf of the Orleans Parish District Attorney's Office when ordered to do so. This includes filing a response in the above-captioned case.

(2) However, undersigned counsel left the Orleans Parish District Attorney's Office for employment elsewhere on January 15, 2021. Undersigned counsel therefore has no further authority to file responses or take any other action on behalf of the Orleans District Attorney's Office in this or any other federal court.

(3) Undersigned counsel has reached out multiple times to an attorney still employed at the Orleans Parish District Attorney's Office requesting to know who would be assigned to take over her cases, so that a motion to substitute counsel could be filed. Undersigned counsel has not received any response regarding cases in the Middle District of Louisiana.

(4) Pursuant to the local rules of this court, undersigned counsel cannot file a motion to withdraw from the case because she does not know which attorney from the District Attorney's Office will be enrolled as substitute counsel. Undersigned counsel was hoping this issue would be resolved so that a motion to substitute counsel could be filed.

(5) For the foregoing reasons, undersigned counsel wishes to notify this

Honorable Court that she has no further involvement or authority in this case on behalf of the Orleans Parish District Attorney's Office.

                                      Respectfully submitted,

                                      <u>/s/ Irena Zajickova</u>
                                      Irena Zajickova
                                      La. Bar No. 35394

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion has been served upon counsel for the petitioner via the CM/ECF filing system on the 3rd day of February, 2021.

/s/ Irena Zajickova
Irena Zajickova