# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **TYRONE PARKER** | **CIVIL ACTION** |
| **VERSUS** | **20-609-BAJ-EWD** |
| **JAMES M. LEBLANC, ET AL.** | |

## NOTICE OF COMPLIANCE

**NOW INTO COURT**, comes undersigned counsel, on behalf of respondent Darrel Vannoy, and respectfully notifies this Honorable Court of compliance with its February 9, 2021 order (Rec. Doc. 12) to notify the District Attorney's Office that a motion to substitute counsel must be filed by February 16, 2021. Undersigned counsel sent notice of the aforementioned order to G. Ben Cohen, Chief of the Appellate Division at the Orleans Parish District Attorney's Office, via e-mail on February 10, 2021. Mr. Cohen subsequently filed a motion to substitute counsel and enroll in this case (Rec. Doc. 13, Rec. Doc. 14).

Respectfully submitted,

/s/ Irena Zajickova
Irena Zajickova
La. Bar No. 35394

1

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing motion has been served upon counsel for the petitioner via the CM/ECF filing system.

               /s/ Irena Zajickova

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing motion has been served upon the below-listed party by First Class United States Mail this 16th day of January, 2021:

Mr. Allen Etienne
#293396
Louisiana State Penitentiary
Camp D Eagle Unit
General Delivery
Angola, LA 70712

                                                  /s/ Irena Zajickova