UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **TYRONE PARKER** | **CIVIL ACTION** |
| **VERSUS** | |
| **JAMES M. LEBLANC, ET AL.** | **NO. 20-00609-BAJ-EWD** |

### ORDER

**IT IS ORDERED THAT** Petitioner's **Motion To Withdraw Appointment Of Magistrate Judge, For Expedited Consideration, And For Prompt Issuance Of Writ (Doc. 20)** be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that, pursuant to Local Civil Rule 73(a), the referral of this habeas action to the Magistrate Judge be and is hereby **WITHDRAWN**.

The undersigned's ruling on **Petitioner's Petition For A Writ Of Habeas Corpus By A Person In State Custody (Doc. 1)** shall issue separately.

Baton Rouge, Louisiana, this 15th day of February, 2023

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**