UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **TYRONE PARKER** | **CIVIL ACTION** |
| **VERSUS** | |
| **JAMES M. LEBLANC, ET AL.** | **NO. 20-00609-BAJ-EWD** |

## JUDGMENT

For written reasons assigned,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner's conviction for second degree battery in violation of La. R.S. § 14:34.1, in Orleans Parish Criminal District Court Case 534-360, be and is hereby **VACATED** pursuant to 28 U.S.C. § 2254, for having been obtained in violation of the Fifth Amendment's prohibition against double jeopardy.

Baton Rouge, Louisiana, this 6th day of March, 2023

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**